# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:12CV00141 ERW |
| ) | |
| PHELPS COUNTY BANK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motions to proceed in forma pauperis.  Also before the Court is defendant's response to plaintiff's motions.

Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the various fees associated with this case.  See 28 U.S.C. § 1915. Defendant objects to plaintiff being allowed to proceed in forma pauperis in this action, noting that she currently has twenty-one (21) separate lawsuits pending in this District.

The Court notes that each of plaintiff's complaints originated under the public accommodation provisions of the Americans with Disabilities Act.  These actions could not have been brought against the twenty-one different defendants in one lawsuit, thus, the sheer number of claims before the Court cannot provide a basis for denying plaintiff in forma pauperis status. Moreover, a review of the complaint in this action shows that plaintiff has stated a viable claim for relief against defendant under the ADA, such that

this litigation should move forward. As such, the Court will grant plaintiff's motions to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions to proceed in forma pauperis [ECF No. 25 and No. 26] are **GRANTED**.

So Ordered this 24th day of August, 2012.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE